STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS LUDLOW, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Charles D. Sapienza* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILBERT BLACKMON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALVIN RAY HARRISON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. George B. Campen* for the respondent.

June 30, 1969. Denied.